WILLIAM C. CALLAHAM, ESQ. / SBN: 60728
*wcallaham@wilcoxenlaw.com*
CHRISTOPHER G. ROMERO, ESQ. / SBN: 309164
*cromero@wilcoxenlaw.com*
**WILCOXEN CALLAHAM, LLP**
2114 K Street
Sacramento, CA 95816
Telephone: (916) 442-2777
Facsimile: (916) 442-4118

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN GODING, and<br>DORENA GODING,<br><br>  Plaintiffs,<br><br>  v.<br><br>GRAVITY CARTEL, LLC,<br>and DOES 1 through 100, inclusive,<br><br>  Defendants. | Case No.: 2:19-CV-00504-MCE-KJN<br><br>**ORDER RE AMENDMENT OF INITIAL SCHEDULING ORDER**<br><br>**Complaint Filed: February 5, 2019**<br>**Trial Date: None** |

Pursuant to stipulation and good cause appearing therefore,

**IT IS HEREBY ORDERED** that all dates set forth in the Court's Initial Pretrial Scheduling Order are extended by a period of ninety (90) days, to allow time for the orderly and economical completion of discovery and the scheduling of a private mediation.

IT IS SO ORDERED.

Dated: March 5, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

{00236191}

-1-
ORDER RE AMENDMENT OF INITIAL SCHEDULING ORDER