E. Paul Dougherty, Jr. (SBN 182138)
Paul.Dougherty@wilsonelser.com
Robert M. Anderson (SBN 75968)
Robert.Anderson@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone: (213) 443-5100; Facsimile: (213) 443-5101
Attorneys for Defendant,
GRAVITY CARTEL, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| DEAN GODING and DORENA GODING,<br><br>Plaintiffs,<br><br>v.<br><br>GRAVITY CARTEL, LLC, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:19-CV-00504-MCE-KJN<br><br>**ORDER RE SECOND AMENDMENT OF INITIAL PRETRIAL SCHEDULING ORDER** |

Pursuant to stipulation and good cause appearing therefore,

IT IS HEREBY ORDERED that all dates in the Court's Initial Pretrial Scheduling Order are extended by an additional period of sixty (60) days on top of the previously granted extension of ninety (90) days thereby resulting in all dates in the Initial Pretrial Scheduling Order being extended by a total of one hundred and fifty (150) days.

IT IS SO ORDERED.

Dated: May 21, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1