E. Paul Dougherty, Jr. (SBN: 220354)
Robert M. Anderson (SBN: 075698)
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone:   (213) 443-5100
Facsimile:    (213) 443-5101
Email:   Paul.Dougherty@wilsonelser.com
             Robert.Anderson@wilsonelser.com
Attorneys for Defendant, GRAVITY CARTEL, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN GODING and DORENA GODING,<br><br>Plaintiffs,<br><br>v.<br><br>GRAVITY CARTEL, LLC, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:19-CV-00504-MCE-KJN<br>Judge: Hon. Morrison C. England, Jr.<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |

TO THE COURT AND ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

   Pursuant to Local Rule 271, Plaintiffs, DEAN GODING and DORENA GODING, and Defendant, GRAVITY CARTEL, LLC, hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

Dated: December 30, 2020                    WILCOXEN CALLAHAM LLP

                                By:   /s/ _____
                                      William C. Callaham
                                      Christopher G. Romero
                                      Attorneys for Plaintiffs,
                                      DEAN GODING and
                                      DORENA GODING

1

Dated: December 30, 2020        WILSON ELSER MOSKOWITZ
                                EDELMAN & DICKER, LLP

                                By:  /s/
                                    E. Paul Dougherty, Jr.
                                    Robert M. Anderson
                                    Attorneys for Defendant,
                                    GRAVITY CARTEL, LLC

## **ORDER**

IT IS SO ORDERED.

Dated:  December 30, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE