William C. Callaham (SBN: 60728)
wcallaham@wilcoxenlaw.com
Christopher G. Romero (SBN: 309164)
cromero@wilcoxenlaw.com
**WILCOXEN CALLAHAM, LLP**
2114 K Street
Sacramento, California 95816
Telephone:   (916) 442-2777
Facsimile:    (916) 442-4118
Attorneys for Plaintiffs,
DEAN GODING and DORENA GODING

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN GODING and DORENA GODING,<br><br>Plaintiffs,<br><br>v.<br><br>GRAVITY CARTEL, LLC, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:19-CV-00504-MCE-KJN<br>Judge: Hon. Morrison C. England, Jr.<br><br>**STIPULATION RE DISMSSAL OF ACTION WITH PREJUDICE; ORDER THEREON** |

IT IS HEREBY STIPULATED TO by and between Plaintiffs, DEAN GODING and DORENA GODING, by and through their attorneys of record, Wilcoxen Callaham, LLP, and Defendant, GRAVITY CARTEL, LLC, by and through its attorneys of record, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, as follows:

WHEREAS, Plaintiffs, Dean Goding and Dorena Goding, filed their Complaint against Defendant, Gravity Cartel, LLC, in the Superior Court for the State of California for the County of Yolo, Case No. YOSU-CVPO-2019-268-1, on February 5, 2019;

///

1 | WHEREAS, Defendant, Gravity Cartel, LLC, filed a notice of removal of
2 | the above-entitled action in the United States District Court for the Eastern District
3 | of California, Case No. 2:19-CV-00504-MCE-KJN, on March 21, 2019;
4 | WHEREAS, Plaintiffs, Dean Goding and Dorena Goding, and Defendant,
5 | Gravity Cartel, LLC, have settled this matter on or about April 8, 2021;
6 | WHEREAS, the settlement agreement provides for the dismissal of the
7 | above-entitled action with prejudice and the parties bearing their own attorney's
8 | fees and costs;
9 | THEREFORE, the parties hereby stipulate to a dismissal of the above-
10 | entitled action with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules
11 | of Civil Procedure, with the parties bearing their own attorney's fees and costs.

Dated: May 28, 2021                WILCOXEN CALLAHAM LLP


By:   /s/ William C. Callaham
      William C. Callaham
      Christopher G. Romero
      Attorneys for Plaintiffs,
      DEAN GODING and
      DORENA GODING


Dated: May 28, 2021                WILSON ELSER MOSKOWITZ
                                       EDELMAN & DICKER, LLP


By:   /s/ E. Paul Doughtery, Jr.
      E. Paul Dougherty, Jr.
      Robert M. Anderson
      Attorneys for Defendant,
      GRAVITY CARTEL, LLC

///
///
///
///

# ORDER

Pursuant to the above stipulation entered into by and between the parties to the above-entitled action, IT IS HEREBY ORDERED:

1. The above-entitled action is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure; and
2. Each party shall bear their own attorney's fees and costs.
3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:  May 28, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE